

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00316-CV

Juan **RAMIREZ**,
Appellant

v.

**THE ESTATE OF** Ernest M. **BRUNI**, Jr.,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2024CVK000373D4
Honorable Oscar J. Hale, Jr., Judge Presiding

PER CURIAM

Sitting:      Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice
Lori M. Brissette, Justice

Delivered and Filed: July 17, 2024

VACATED AND REMANDED

The parties have filed a joint motion to vacate the trial court's judgment and remand the cause to the trial court pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B). We grant the motion, set aside the trial court's judgment without regard to the merits, and remand the cause to the trial court. *See* TEX. R. APP. P. 42.1(a)(2)(B). In accordance with the parties' agreement, costs of appeal are taxed against the party incurring them. *See id*. R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM